FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

Oct 28, 2025

Tammy H. Downs, Clerk
By: LauraBeatty D.C.

DEP CLERK

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**                           **MDL No. 2738**

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −305)

On October 4, 2016, the Panel transferred 10 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 220 F.Supp.3d 1356 (J.P.M.L. 2016). Since that time, 2,561 additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Michael A. Shipp.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Shipp.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of October 4, 2016, and, with the consent of that court, assigned to the Honorable Michael A. Shipp.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 28, 2025

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*James V. Ingold*

James V. Ingold
Clerk of the Panel

**TRUE AND CERTIFIED COPY**
**Jaweia Campbell**
**10:41 am, Oct 28 2025**

**IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**                          MDL No. 2738

### SCHEDULE CTO−305 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 3 | 25−00219 | Bezzard v. Johnson & Johnson et al |
| DISTRICT OF COLUMBIA | | | |
| DC | 1 | 25−03372 | EASLEY v. JOHNSON & JOHNSON et al |
| DC | 1 | 25−03378 | HORNSBY v. JOHNSON & JOHNSON et al |
| DC | 1 | 25−03379 | SHELL v. JOHNSON & JOHNSON HOLDCO (NA) INC. et al |
| DC | 1 | 25−03380 | SUGGS v. JOHNSON & JOHNSON et al |